UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE BANK SECURITY GUARD,<br><br>    Defendant. | Case No. 25-cv-09354-EMC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 2 |

   Plaintiff Jerome L. Grimes, a pro se prisoner currently housed in the Larry D. Smith Correctional Facility in Riverside County, filed the instant civil rights suit on November 5, 2025. *See* ECF No. 1.  The events or omissions giving rise to Grimes' claims occurred in Banning, California, located in the Central District of California.  *See* 28 U.S.C. § 84(c)(1).  Venue is therefore appropriate in that district.  28 U.S.C. § 1391(b)(1), (b)(2).

   Pursuant to 28 U.S.C. § 1406(a), this action is **DISMISSED WITHOUT PREJUDICE** to the Grimes filing his case in the United States District Court for the Central District of California.  The Clerk is requested to terminate all pending motions and close the file.

   **IT IS SO ORDERED.**

Dated: November 6, 2025

                                                                                    _____
                                                                                    EDWARD M. CHEN
                                                                                    United States District Judge